AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

### for the

SBC

### Southern District of California

~~NOT FOR PUBLIC VIEW~~

In the Matter of the Search of:    )
*(Briefly describe the property to be searched or identify the person*    )
*by name and address)*    )
    )
    )
Black WD External Hard Drive; No IMEI    )
associated with this device; ("Target Device 4")    )
    )

Case No.  **24mj4813**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Southern District of   California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>January 3, 2025</u> *(not to exceed 14 days)*
☒   in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the  property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory  as required by law and promptly return this warrant and inventory to_____Hon. Steve. B. Chu_____  .
*(United States Magistrate Judge)*

☐   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for   <u>days</u> *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of

Date and time issued: <u>December 20, 2024 @ 7:32 pm</u> .

_____
*Judge's Signature*

City and state:    <u>San Diego, California</u>

<u>Honorable Steve B. Chu, U.S. Magistrate Judge</u>
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>**24mj4813** | Date and time warrant executed:<br>12/23/2024 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

One axiom portable case with extracted copy of Target Device 4.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  1/31/2025

_____
Executing officer's signature

ATF SA Gregory Mattson
_____
Printed name and title

## ATTACHMENT A

ELECTRONIC DEVICE TO BE SEARCHED

The following property is to be searched:

Black WD External Hard Drive
SN: WX12D22LELY0
No IMEI associated with this device
**("Target Device 4")**

**Target Device 4** is being stored at the San Diego Group IV, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Vault located at 5901 Priestly Dr., Suite 304, Carlsbad, California, 92008.

**ATTACHMENT B**
ITEMS TO BE SEIZED

Authorization to search **Target Device 4** described in Attachment A, includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in **Target Device 4**. The seizure and search of the **Target Device 4** will be conducted in accordance with the affidavit submitted in support of the warrant.

The evidence to be seized from **Target Device 4** will be electronic records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data concerning violations of for the period of January 1, 2023, to August 8, 2024:

a.    tending to indicate efforts to acquire, possess, distribute, and/or manufacture firearms, ammunition, or controlled substances;

b.    tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate the illegal acquisition and possession of firearms and/or the illegal acquisition, manufacturing, and distribution of firearms and controlled substances;

c.    tending to identify co-conspirators, criminal associates, sources, or others involved in the acquisition and possession of firearms and/or illegal acquisition, manufacturing, and distribution of firearms and controlled substances;

d.    tending to identify travel to or presence at locations involved in the acquisition and possession of firearms and/or illegal acquisition, manufacturing, and distribution of firearms and controlled substances within the United States, such as stash houses, load houses, or delivery points;

e.    tending to identify the user of, or persons with control over or access to, the **Target Device 4**; and/or,

f.    tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of Title 18, United States Code, Section 922(a)(1)(A) – manufacturing firearms without a license; Title 21, United States Code, Section 841 – possession of a controlled substance with intent to distribute; Title 18, United States Code, Section 924(c) – possession of a firearm in furtherance of a drug trafficking crime; Title 18, United States Code, Section 922(g)(1) – felon in possession of ammunition; Title 18, United States Code, Section 922(g)(1) – felon in possession of a firearm.